Exhibit A to the Complaint

Location: Decatur, GA
Total Works Infringed: 49

IP Address: 71.59.3.125
ISP: Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 18E0266579D23AE6D2123C66EB92DA29FDC1CE50<br>File Hash:<br>08C070C3572EF77C4AB173E88024CD854F32B2D74B613C89D93AF8E1041D9986 | 03-07-2023 10:47:26 | Vixen | 08-02-2018 | 09-01-2018 | PA0002119574 |
| 2 | Info Hash: CA3FD8A8DEC94B65B7A303D4CEADA6A24E617AD7<br>File Hash:<br>DBB928756205DFA9AECB8D864F86F3B85AAD5098BF127868B4A03382A8ECDC4A | 03-06-2023 11:20:22 | Blacked Raw | 04-27-2019 | 07-05-2019 | PA0002206379 |
| 3 | Info Hash: 605A04B55BFC76DB4D985D40377CA0438DFAF454<br>File Hash:<br>28519B99CB935CEC76E95935A205932869D0C654E21834518C9578015E3E451B | 02-25-2023 16:44:14 | Tushy | 06-28-2020 | 07-17-2020 | PA0002248597 |
| 4 | Info Hash: CE8EC1A831E1DC2775AEBAF0F00CA27AB0E0B982<br>File Hash:<br>E08672F3ED6BE95A0D92451A86A84919B434B0AE2638C1F04F71250E58668C31 | 02-07-2023 01:35:11 | Tushy | 02-05-2023 | 03-07-2023 | PA0002400315 |
| 5 | Info Hash: 44F6C759F47522474B6CF56C77F44FEA0E1065F2<br>File Hash:<br>B5F3A600958B723AD756C1824A61F32D79C2951D7DE7885026524896D4719DE7 | 02-03-2023 20:21:17 | Tushy | 11-17-2017 | 01-04-2018 | PA0002069336 |
| 6 | Info Hash: 1D41990AB5A3C4C31036F316B1BF79C315123F72<br>File Hash:<br>12ECE9683A9BC28BC1117CB6E408E662AEE7D8E035206170B47DD4E309FE251B | 02-02-2023 19:45:53 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 7 | Info Hash: F3FFE03067B4C5FB4B05054E83FBB4081C9052F9<br>File Hash:<br>FDDC943D33FE63B194E3B54CDB0426E2F2195DDCAC3A67F3941C7BFBB03CDAE4 | 02-01-2023 17:20:55 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 8 | Info Hash: 2BF966F2EC01906FE193276483DABBD26841E7FD<br>File Hash:<br>6655D05CFFA84F8EC48733860A293F251E8A8BC63A8276944BB700CA860659973 | 02-01-2023 14:23:36 | Tushy | 06-07-2020 | 06-25-2020 | PA0002255506 |
| 9 | Info Hash: 8F63571E7AC84652BC775D165B1DC46C7DADB9DC<br>File Hash:<br>CC0D04EDA0F3E6B85D2BD4996EB03DE7B92FB35BFF5BB80ADB01AF7A9F3121E0 | 01-25-2023 00:15:24 | Slayed | 09-27-2022 | 11-27-2022 | PA0002388300 |
| 10 | Info Hash: DEFDF08B3D2F6C38E6006151B2DB6AC6F953026A<br>File Hash:<br>D2FE3AE1A2E10F877994BF6FE0DB7B84AED8BDAF6957626FCD5CD9BB16B2C162 | 01-10-2023 21:09:26 | Vixen | 01-06-2023 | 01-27-2023 | PA0002393080 |
| 11 | Info Hash: 580E5F377A9B21CE08E2D98381377776B28D9701F<br>File Hash:<br>0B2FBEF512B6EB27306D790E5A2AFF94249B81068695BFD92C70456AD5C0DDAB | 12-10-2022 22:49:39 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 2A2B6D4FC7555F0485AF36913E8E2461540B7028<br>File Hash:<br>9070D39DB678FA919EA3B7B2209AA4F562B407E5965EA0272C9D2C0DA53E6BE4 | 11-21-2022 13:37:58 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 13 | Info Hash: 767EB0F34644976F656842DE2CAD15CA7F318B95<br>File Hash:<br>00574E3F10F930809039FF7B7BBAD2A49E923695B2990FBB1B3FCF77B15AF3F2 | 11-07-2022 17:27:10 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 14 | Info Hash: EFBD17FEA6D2747FB81404F774D0B3BFD52FB7A9<br>File Hash:<br>F0595C1427CBB8CFA6CE07E20D70DFDF9FA359C062B1C23D1217F47ECA9B7A93 | 08-27-2022 09:31:53 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 15 | Info Hash: A88B603322BF187C8BBA11B011BAA6896B16FD0E<br>File Hash:<br>11DF5105317A7853DF00BE01797F850ABF0BDC4534AFCE164904B10F78AEA29D | 06-07-2022 15:55:52 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 16 | Info Hash: DDF864D19FC9F71926 3962B6B1877F35FB17A6BB<br>File Hash:<br>2CF14B68C258274698D54597FBDB6980AFDFDB39F1DE16186F693AA243BCA434 | 05-30-2022 17:47:32 | Tushy | 05-29-2022 | 07-21-2022 | PA0002368036 |
| 17 | Info Hash: F86B96CCF6C496D0C406C7273B5E30B8E514B922<br>File Hash:<br>F63047B5A7C9F5300BF40D59BA86AD39062D43731978FB05EC9FFBDD81A60FCF | 05-25-2022 10:30:37 | Slayed | 04-26-2022 | 06-09-2022 | PA0002361665 |
| 18 | Info Hash: 7D5BCAF63FFC5229FA328B1F99D0847A5C49F614<br>File Hash:<br>65A4936BA229BE949D4F26EF046EDE9DC179E8C90027F95692A292AF1F1AC661 | 05-18-2022 09:30:45 | Tushy | 05-15-2022 | 05-20-2022 | PA0002350379 |
| 19 | Info Hash: F614A0074F4A9979EDC019007D9EB4431614A823<br>File Hash:<br>74D8E977CE6CA3B41D531FD0CE700F348A42CC6555B826D6BC2D7A64A5D7B5EC | 05-07-2022 12:08:48 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 20 | Info Hash: D9EE1F75B354C4AE7BC7D1CC02B15F54A9626ED1<br>File Hash:<br>E0F448947F15E9CA3D7249E08E7F3A6914651BAA6257FE1ED60FC757ED551995 | 04-28-2022 00:57:24 | Tushy | 04-24-2022 | 05-20-2022 | PA0002350374 |
| 21 | Info Hash: 01654A6CFA77994CC5575EE1A5EBB6D53E58B924<br>File Hash:<br>B73DAA824AD7CF9CBCC391DF4F094810E83776 5D3EC76346FBFCC641868D7511 | 03-27-2022 12:38:37 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |
| 22 | Info Hash: ABC63054234EBD4EB60D85C1B816A353DBB5F60B<br>File Hash:<br>4F4E57E495EB84FE4A26C8AFDC7AC419224A7428716CC6BA7A877187BB24EE2C | 02-14-2022 10:01:53 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 23 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash:<br>2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 02-08-2022 01:33:30 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: E474F829786D99F77071D695C1E640049D946C7C<br>File Hash:<br>14944DDE275F24E4C264CFBD89D858936EB4AAE8D050F0C55C984204A52117A2 | 01-23-2022 12:37:52 | Blacked | 04-05-2019 | 04-29-2019 | PA0002169966 |
| 25 | Info Hash: 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835<br>File Hash:<br>C2018683EA9532C6F7C9389AF5BC6D4E6F65B7FE41A5A5370E7EE700531F4920 | 01-12-2022 01:21:18 | Tushy | 06-30-2019 | 07-17-2019 | PA0002188300 |
| 26 | Info Hash: 58FDF80DD44EA019F0504FCB1EC19CA2375D7A8D<br>File Hash:<br>3E5880277003058B6D0D4A326B3745A0EB14AC9D41298257269 31F854AE1B84A | 12-16-2021 13:38:30 | Tushy | 12-27-2019 | 01-22-2020 | PA0002234861 |
| 27 | Info Hash: C74BD503F3ADE8221D9A01391A1AA9B2B360BB6D<br>File Hash:<br>B0E01A1430CBD1FC5C30A29886D28E648C14C622BB664916 6FB1CFE23602A3C2 | 12-16-2021 10:17:42 | Tushy | 12-12-2021 | 02-03-2022 | PA0002341808 |
| 28 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash:<br>DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7 850CB200CF1E443CB | 12-08-2021 01:38:03 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 29 | Info Hash: 19568E850A84FBB15C3BAA9E7C92F323D8368336B<br>File Hash:<br>EFCA8EF9C4F29CB53DF8B73B8B7A6994BD373438128B32F F218BC1CB41393FCB | 11-09-2021 10:42:01 | Tushy | 11-07-2021 | 11-11-2021 | PA0002321317 |
| 30 | Info Hash: DADDC02018822573 3D70B4BD7BC3C7A1C5E6DF7F<br>File Hash:<br>66817E5F5203B5D23FD9F101FF93ACEAFCE88D34598DFA 5D6CDE4E930490CDFB | 10-28-2021 19:58:08 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 31 | Info Hash: EFAD122F1D9BDF0A8204C59E2FEBACA47B03995C<br>File Hash:<br>7493FF96BEB8651C35B9EBC22B5C2CB17F97C4313B3F0EF D11B3B316648CCB86 | 10-15-2021 16:28:04 | Vixen | 07-24-2020 | 08-03-2020 | PA0002259166 |
| 32 | Info Hash: F4C62F1FD6F96D354A206B3C071BC30B0FCF3492<br>File Hash:<br>6C13119810306D9687576AA11BBF42B39F59647A38D5BD 760B9DBB22CBEB6013 | 09-07-2021 12:29:26 | Tushy | 05-16-2019 | 07-05-2019 | PA0002206381 |
| 33 | Info Hash: D7A7B422ED8B09C4D350D5DCD70FEE647946B146<br>File Hash:<br>FCF279202902EA6E3D0FAD1FA98C56F0FA68266DBAFAC18 01851C20D6393BB79 | 08-25-2021 19:17:50 | Tushy | 05-31-2019 | 06-17-2019 | PA0002181300 |
| 34 | Info Hash: D15EE13C44530A52F189A07BDD4F686371AB1286<br>File Hash:<br>E2127006DE9A2A9C899CD7BC1DBF7A4CC4ECF16F3B0BC2 ACAE82C08871D26E93 | 08-09-2021 12:18:25 | Tushy | 04-26-2017 | 06-15-2017 | PA0002037565 |
| 35 | Info Hash: 8D5DE484015A72B71686539 96329D73FC5BBAC11<br>File Hash:<br>47E82460DF447B6CC20F312A9ACDA0B30583BCB22B8BB2 C354DEC4B420044AD9 | 07-12-2021 12:34:46 | Tushy | 12-17-2017 | 01-24-2018 | PA0002101765 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: B56E229E8F1E9C7477B1B0CF789DF207D1920FFA<br>File Hash:<br>9C513645BBB1C48D4FFCB3617E65CD0E61BDB2D98FF6F143FFC8EEE663E58149 | 07-12-2021 12:29:32 | Tushy | 10-28-2017 | 12-04-2017 | PA0002098014 |
| 37 | Info Hash: 4933F704F6A8670559941C0CFB3053BC067C02AA<br>File Hash:<br>2D8C472B3A98AE22DFDD842BAE5BADDABCC0E35D9462A69D31C7DF5F8BF897C4 | 06-28-2021 11:55:24 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |
| 38 | Info Hash: 396BF50A13E081323DD12E8694316 1E1B2555CBA<br>File Hash:<br>8794F3E9F7C4730ED14D8DDF827AC0F2D9A19C2ED54CCCD4D6ACCC16618C0AB2 | 06-25-2021 13:29:52 | Tushy | 06-06-2021 | 06-15-2021 | PA0002296921 |
| 39 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391<br>File Hash:<br>D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 06-08-2021 13:48:49 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 40 | Info Hash: 89395FA122AF316D420901D8F2F01118A6F28E78<br>File Hash:<br>EFFEE91CF25CA2CECE40974C8A3ECFF3E708DB83F0241533AA4C8070C398CE2E | 06-01-2021 11:34:46 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 41 | Info Hash: F0BB5EC44696955E214165B717DEB7B177B41FB8<br>File Hash:<br>3EC4C6B9B87FD56CE21D1918824C207541BA1402A0F4CDE9123FF706EEE2B930 | 05-28-2021 11:22:37 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 42 | Info Hash: 274D8A090846CF3280EB78F923D3E04D7A9D412C<br>File Hash:<br>B3D9AF7D8617190FBC366A51D2C27282B584F9A223D066F90EC4B412738FD81B | 05-24-2021 19:14:40 | Tushy | 05-23-2021 | 06-15-2021 | PA0002296928 |
| 43 | Info Hash: 38FB84DC3136B47A46A0653498 3F153FF5966F15<br>File Hash:<br>29FCAEE38347598 2468A67F9135ADA1704D3C2F458A997993179A530915CA6B9 | 05-24-2021 16:10:51 | Vixen | 10-21-2018 | 11-25-2018 | PA0002136633 |
| 44 | Info Hash: 8FA3CA33BA6C045B4C5C47B69541A8637 6772F6C<br>File Hash:<br>871FEC79ED5A2B2D246C3346AD3C02BBD95C1E28D1A81DF416B735D553F314ED | 05-18-2021 12:34:54 | Vixen | 01-22-2021 | 02-26-2021 | PA0002283698 |
| 45 | Info Hash: 53DFAD25E14FFB1D515168 5A90C174CE24B1BF05<br>File Hash:<br>641BF17828C09C914D56D1B9D789B3DB2CB5798E9CB02B5AD805F0BDC001CCD7 | 05-18-2021 12:17:45 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 46 | Info Hash: 6D9EFBECE1CDC08A18AE443CCF6EF027FFCA73B8<br>File Hash:<br>17167481CAFDAF47B740ABA98EF7F43DB2EED8D52F5EB88E4EDA4B3DA1460DE1 | 05-17-2021 14:56:05 | Tushy | 06-05-2018 | 07-14-2018 | PA0002128384 |
| 47 | Info Hash: CD99C0F2F7B59C1C488DC2101D1B1255D1B31305<br>File Hash:<br>5C6B82A583702ACBC7A13F4C54A4B8C2CA1BDE26111EE187D020A57F94394AE7 | 05-17-2021 14:55:39 | Tushy | 03-22-2018 | 04-17-2018 | PA0002116092 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 14B44741C23ADCC92060FA01967569F65BA83E53<br>File Hash:<br>11A18886A0338A716BCE2D593973322313C8B4F9C15EBA39AE3BE6B117CC8C28 | 05-17-2021 14:54:33 | Tushy | 09-23-2017 | 10-09-2017 | PA0002086134 |
| 49 | Info Hash: E806533BD076970196D269AA6BCBD08F809A0035<br>File Hash:<br>6EB8925C9AD752A6D19694579AD8E8983D11CD176C85689F1AC8C056938D19CF | 05-14-2021 11:52:32 | Tushy | 04-18-2021 | 06-03-2021 | PA0002299684 |