# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>JOHN DOE subscriber assigned IP address 71.59.3.125,<br><br>　　Defendant. | **Consolidated Case No.<br>1:23-cv-02096-SDG** |
| JOHN DOE subscriber assigned IP address 73.237.132.194,<br><br>　　Defendant. | Civil Action No.<br>1:24-cv-04880-SDG |

### PLAINTIFF'S MOTION FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA PRIOR TO RULE 26(f) CONFERENCE

Plaintiff Strike 3 Holdings, LLC ("Strike 3" or "Plaintiff"), by counsel, hereby moves, pursuant to Rule 26(d)(1) of the Federal Rules of Civil Procedure, leave to serve a third-party subpoena on the Internet service providers prior to the Court holding a Rule 26(f) conference. In support of the relief requested herein, Plaintiff submits the attached supporting Memorandum of Points and Authorities, along with Declarations of Jorge Arco, Patrick Paige, and Susan B. Stalzer. A proposed order is also attached for the Court's convenience.

Dated: 02/06/2025

          Respectfully submitted,

          By: /s/ *Richard A. Rice, Jr.*
          Richard A. Rice, Jr., Esq.
          GA Bar No. 603203

          The Rice Law Firm, LLC
          3151 Maple Drive, NE
          Atlanta, GA 30305
          Tel.: (404) 835-0783
          Fax: (404) 481-3057
          E-mail: richard.rice@trlfirm.com
          *Counsel for Plaintiff*